RECEIVED

SEP 16 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **RICKY JOSEPH ALEX** | **CIVIL ACTION NO. 03-30-P** |
| **VERSUS** | **JUDGE WALTER** |
| **RICHARD L. STALDER, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 9 day of Sept 2005.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE