

FEB 1 3 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RICKY JOSEPH ALEX | CIVIL ACTION NO. 03-0030 |
| VERSUS | JUDGE WALTER |
| RICHARD L. STALDER, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss (Doc. 58)** is **granted** and all claims against all Defendants are **dismissed with prejudice** to refiling in forma pauperis.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 13th day of February, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE